David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorney for Plaintiff, Evangeline A. Ranon*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

|  |  |
|---|---|
| Evangeline A. Ranon,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO HOME MORTGAGE, WELLS FARGO DEALER SERVICES AND EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>Defendants. | ) Case No. 2:15-cv-02212-GMN-GWF<br>)<br>)<br>)<br>)<br>) **JOINT MOTION DISMISSING**<br>) **ACTION WITH PREJUDICE AS TO**<br>) **EXPERIAN INFORMATION**<br>) **SOLUTIONS, INC. ONLY**<br>)<br>)<br>)<br>)<br>)<br>) |

Plaintiff Evangeline A. Ranon hereby moves that the above-entitled action

…

…

…

…

…

…

shall be dismissed **with prejudice** in accordance with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, EXPERIAN INFORMATION SOLUTIONS, INC.**. Each party shall bear its own attorney's fees, disbursements, and costs of suit.

Dated:            August 3, 2016

| | |
|---|---|
| By: | By: |
| /s/David H. Krieger, Esq. | /s/Jennifer L. Braster, Esq. |
| David H. Krieger, Esq. | Maupin Naylor Braster |
| Nevada Bar No. 9086 | *Attorney for Defendant Experian* |
| HAINES & KRIEGER, LLC | *Information Solutions, Inc.* |
| 8985 S. Eastern Avenue | |
| Suite 350 | |
| Henderson, Nevada 89123 | |
| *Attorney for Plaintiff* | |

## **ORDER**

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED: August 31, 2016